

## September 28, 2012

| 30217 | State v. Kostron | Affirmed |

## October 17, 2012

| CAAP–10–00 00189 | Elsenbach v. Ramos-Elsenbach | Affirmed |
| CAAP–11–00 00169 | Hoehn v. Simon | Affirmed |
| CAAP–11–00 00125 | WG, In re | Affirmed |

## October 19, 2012

| 29897, 30621 | Ambrose-Berg v. Berg | Remanded |
| CAAP–11–00 00597 | Haskins v. Akiona-Gutierrez | Vacated and Remanded |
| CAAP–11–00 00842 | State v. Wofford | Affirmed |

## October 22, 2012

| 29469 | State v. Ackerman | Affirmed |

## October 24, 2012

| CAAP–11–00 00031 | State v. Kekona | Affirmed |

## October 25, 2012

| CAAP–12–00 00114, CAAP–12–00 00129 | Grindling v. State | Affirmed |
| CAAP–11–00 00338 | State v. Gomez-Lobato | Affirmed |
| 29520 | State v. Maharaj | Affirmed |
| 29360 | State v. Morton | Vacated and Remanded |
| 30405 | Vitali v. Hauen-Limkilde | Affirmed |

## October 26, 2012

| CAAP–11–00 00716 | State v. Basham | Affirmed |
| CAAP–11–00 00126 | State v. Manipon-Silva | Affirmed |